Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-11-00328-CV

Hermelinda **GARZA**,
Appellant

v.

Bobby D. **BARNES** and Sharon L. Barnes,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-18252
Honorable Cathleen M. Stryker, Judge Presiding

PER CURIAM

Sitting:      Phylis J. Speedlin, Justice
               Rebecca Simmons, Justice
               Steven C. Hilbig, Justice

Delivered and Filed:  November 2, 2011

DISMISSED FOR WANT OF PROSECUTION

Hermelinda Garza appealed the trial court's judgment rendered on February 10, 2011. Garza's brief was originally due on August 15, 2011. Garza filed one motion for extension of time in which to file her brief; we granted the motion and ordered the brief to be filed on or before September 14, 2011. On September 28, 2011, we ordered Garza to show cause in writing by October 13, 2011 why this appeal should not be dismissed for want of prosecution. *See* TEX. R. APP. P. 38.8(a). To date, Garza has filed neither her appellant's brief nor a response to our

show cause order.  We therefore order this appeal dismissed for want of prosecution.  *See id.*; *see also* TEX. R. APP. P. 42.3(c) (court may dismiss appeal because appellant has failed to comply with a court order within the time provided).


PER CURIAM